IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EXTRUSION DIES INDUSTRIES,
LLC, and GARY OLIVER,

    Plaintiffs,

v.

CLOEREN, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-323-slc

---

CLOEREN, INC.,

    Plaintiff,

v.

GARY OLIVER and EXTRUSION
DIES INDUSTRIES, LLC,
    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-483-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing any and all claims in the above-entitled action without prejudice, and without costs or disbursement to any party.

_Peter Oppeneer_      5/8/09

Peter Oppeneer, Clerk of Court      Date